**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  CANTERBURY SECURITIES, LTD.

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __

☑ Other 295657 . Describe identifier Cayman Island Reg. No.

For Individual debtors:

☐ Social Security number: xxx – xx– __ __ __ __

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

☐ Other _____ . Describe identifier _____

**3. Name of foreign representative(s)**  KAREN SCOTT and RUSSELL HOMER

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Grand Court of Cayman Islands, Financial Services Div, Cause FSD 364 of 2023

**5. Nature of the foreign proceeding**

Check one:
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☐ Yes

Debtor   **CANTERBURY SECURITIES, LTD.**   Case number (if known)_____
         Name

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i)  all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| Cayman Islands | WB Corporate Services, 71 Fort Street |
| | Number     Street |
| | _____ |
| | P.O. Box |
| | George Town  Grand Caym |
| | City        State/Province/Region   ZIP/Postal Code |
| | KY1-1111 Cayman Islands |
| | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| | Shedden Road |
| Number     Street | Number     Street |
| | PO Box 2499 |
| P.O. Box | P.O. Box |
| | Grand Cayman |
| City   State/Province/Region   ZIP/Postal Code | City   State/Province/Region   ZIP/Postal Code |
| | KY1-1104 Cayman Islands |
| Country | Country |

**10. Debtor's website (URL)**   _____

**11. Type of debtor**   Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor **CANTERBURY SECURITIES, LTD.**     Case number (if known) _____

### 12. Why is venue proper in *this* district?

Check one:

- [x] Debtor's principal place of business or principal assets in the United States are in this district.
- [ ] Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
  _____
- [ ] If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
  _____

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _/s/ Karen Scott_     Karen Scott
Signature of foreign representative     Printed name

Executed on 10/21/2024
MM / DD / YYYY

X _/s/_     Russell Stuart Homer
Signature of foreign representative     Printed name

Executed on 10/21/2024
MM / DD / YYYY

### 14. Signature of attorney

X _/s/_     Date 10/21/2024
Signature of Attorney for foreign representative     MM / DD / YYYY

John E. Jureller, Jr.
Printed name

Klestadt Winters Jureller Southard & Stevens, LLP
Firm name

200 West 41st Street 17th Floor
Number     Street

New York     NY     10036
City     State     ZIP Code

(212) 972-3000     jjureller@klestadt.com
Contact phone     Email address

2586451     NY
Bar number     State