

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 133 OF 2024 (IKJ)

**BETWEEN:**

(1) CANTERBURY SECURITIES, LTD. (IN OFFICIAL LIQUIDATION)
(2) KAREN SCOTT AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES, LTD.
(3) RUSSELL HOMER AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES, LTD.

Plaintiffs

**AND:**

(1) ERIN WINCZURA
(2) PFS LTD.
(3) CANTERBURY GROUP

Defendants

**DEFAULT INTERLOCUTORY JUDGMENT**

**UPON** reading the Plaintiffs' application for default judgment dated the 17th day of May 2024

**AND UPON** reading the affidavit of Mr. Calvin Henry, sworn the 1st day of May 2024, together with Exhibit CH-1, exhibit to that affidavit

**AND** no notice of intention to defend having been filed by the Second Defendant or Third Defendant prior to the date of the Plaintiffs' said application, it is this day adjudged that the Plaintiffs do have judgment

This **Default Interlocutory Judgment** was filed by Nelson Attorneys at Law Ltd., attorneys for the Plaintiffs, whose address for service is that of their attorneys at Grand Pavilion, 801 West Bay Rd, P.O. Box 30069, Grand Cayman KY1-1201, Cayman Islands.

against the Defendant to be assessed together with the costs to be assessed.

**DATED** the     day of           2024
**FILED** the    day of           2024

                        Signed by:Shiona Allenger, Clerk of Court
                        Signed at:2024-06-03 10:47:41 -04:00
                        Reason:Approved by Shiona Allenger, Cle

**CLERK OF THE COURT**

This **Default Interlocutory Judgment** was filed by Nelson Attorneys at Law Ltd., attorneys for the Plaintiffs, whose address for service is that of their attorneys at Grand Pavilion, 801 West Bay Rd, P.O. Box 30069, Grand Cayman KY1-1201, Cayman Islands.