

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 133 OF 2024 (IKJ)

**BETWEEN:**

(1) CANTERBURY SECURITIES, LTD. (IN OFFICIAL LIQUIDATION)
(2) KAREN SCOTT AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES, LTD.
(3) RUSSELL HOMER AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES, LTD.

Plaintiffs

**AND:**

(1) ERIN WINCZURA
(2) PFS LTD.
(3) CANTERBURY GROUP

Defendants

_____

**DEFAULT INTERLOCUTORY JUDGMENT**
_____

**UPON** reading the Plaintiffs' application for default judgment dated the 25th day of September 2024 (the "Application")

**AND UPON** the First Defendant having filed an Acknowledgement of Service on 9 August 2024

**AND UPON** reading the affidavit of Ms. Jennifer Rudd, sworn 23 September 2024, together with Exhibit JR-1 thereto

**AND UPON** no defence having been filed by the First Defendant prior to the date of the Application or within the time prescribed by Order 18, rule 2 and Order 20, rule 3(2)(b) of the Grand Court Rules, it is this day adjudged that the Plaintiffs do have judgment against the First Defendant in the following terms:

This **Default Interlocutory Judgment** was filed by Nelson Attorneys at Law Ltd., attorneys for the Plaintiffs, whose address for service is that of their attorneys at Grand Pavilion, 801 West Bay Rd, P.O. Box 30069, Grand Cayman KY1-1201, Cayman Islands.

1. The First Defendant is liable in damages, in an amount to be assessed, for breach of trust in paying away the Proceeds of Sale (as defined in the Amended Statement of Claim);

2. The First Defendant is liable to the Plaintiffs for damages, in an amount to be assessed, for breach of fiduciary duty in respect of the FDL Fraud (as defined in the Amended Statement of Claim) and her dealings with and concealment of the Proceeds of Sale;

3. The First Defendant is liable to the Plaintiffs for damages to be assessed for conspiracy; and

4. Costs to be assessed.

DATED the          day of September 2024

FILED the          day of September 2024

Signed by:Shiona Allenger, Clerk of Court
Signed at:2024-09-25 14:15:47 -04:00
Reason:Approved by Shiona Allenger, Cl

 

_____

CLERK OF THE COURT

This **Default Interlocutory Judgment** was filed by Nelson Attorneys at Law Ltd., attorneys for the Plaintiffs, whose address for service is that of their attorneys at Grand Pavilion, 801 West Bay Rd, P.O. Box 30069, Grand Cayman KY1-1201, Cayman Islands.