

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 133 OF 2024 (DDJ)

BETWEEN:

(1) CANTERBURY SECURITIES, LTD. (IN OFFICIAL LIQUIDATION)
(2) KAREN SCOTT AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES, LTD.
(3) RUSSELL HOMER AS JOINT OFFICIAL LIQUIDATOR OF CANTERBURY SECURITIES

<u>Plaintiffs</u>

AND:

(1) ERIN WINCZURA
(2) PFS LTD.
(3) CANTERBURY GROUP

<u>Defendants</u>

IN OPEN COURT
2 OCTOBER 2024
BEFORE THE HONOURABLE JUSTICE DAVID DOYLE

---

**ORDER**

---

**UPON** the hearing of the Plaintiffs' Summons, dated 22 July 2024, (the "**Summons**")

**AND UPON** reading the First Affidavit of Karen Scott dated 23 April 2024, the First Affidavit of Paula Richmond dated 23 July 2024, the First Affidavit of Erin Winczura dated 30 July 2024, the Second Affidavit of Erin Winczura dated 19 August 2024, the Fifth Affidavit of Karen Scott dated 22 August 2024 and the First Affidavit of Jennifer Rudd dated 23 September 2024

**AND UPON** hearing Counsel for the Plaintiffs

**AND UPON** hearing the First Defendant in person remotely

**AND UPON** there being no appearance on behalf of the Second and Third Defendants

This Order was filed by Nelsons, attorneys for the Plaintiffs, whose address for service is Grand Pavilion, 802 West Bay Road, PO Box 30069, George Town, Grand Cayman KY1-1201 | Ref JH/AC/4911-2

**IT IS ORDERED** that:

1. Unless the Defendants do by 3.00pm on 16 October 2024 comply with paragraph 1 of the Order dated 26 April 2024, whereby the Defendants were required to provide to the Plaintiffs the information and documents specified therein, then the Defendants be debarred from further defending the action in FSD 133 of 2024 (DDJ) or from filing any application or evidence therein or progressing the Second and Third Defendants' summons dated 29 July 2024 or the First Defendant's summons dated 19 August 2024 without leave of the Court.

2. The Defendants do pay the Plaintiffs' costs of and occasioned by the Summons to be taxed on the indemnity basis and paid on a joint and several basis forthwith.

3. The Defendants do by 3.00pm on 16 October 2024 make an interim payment in the amount of US$ 35,000 on account of such costs.

Dated:     2 October 2024
Filed:      2 October 2024

_____
**THE HONOURABLE JUSTICE DAVID DOYLE**
**JUDGE OF THE GRAND COURT**

This Order was filed by Nelsons, attorneys for the Plaintiffs, whose address for service is Grand Pavilion, 802 West Bay Road, PO Box 30069, George Town, Grand Cayman KY1-1201 | Ref JH/AC/4911-2