CR-295657

# Certificate Of Incorporation

I, *D. EVADNE EBANKS* Assistant Registrar of Companies of the Cayman Islands
DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said
Law in respect of registration were complied with by

**Canterbury Securities, Ltd.**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the
16th day of January Two Thousand Fifteen

Given under my hand and Seal at George Town in the
Island of Grand Cayman this 16th day of January
Two Thousand Fifteen



**Assistant Registrar of Companies,
Cayman Islands.**

Authorisation Code : 416168730610
www.verify.gov.ky
16 January 2015